

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX
TRENTON, NJ 08625-0

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHAEL T.G. LONG
*Director*

June 6, 2022

<u>Via CM/ECF:</u>
Hon. Julien Xavier Neals, U.S.D.J.
Martin Luther King Building
   & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   **Re:  Davis, et al. v. Yates, et al.**
     **Docket No. 2:15-cv-06943**

Dear Judge Neals,

  Undersigned counsel represents the Defendants in the above-captioned case. I write to request a sixty-day extension of the administrative termination date in the above captioned matter, which his presently scheduled for June 6, 2022. (Dkt. at 155).

  I request this extension because additional time is necessary to consummate the settlement. Over the last two months, the parties have exchanged paperwork necessary to complete the settlement. One documents was missing a signature from Plaintiff, and I noticed the omission approximately two weeks ago. I contacted Plaintiff about this omission, and he kindly sent me a signed version. I received the signed version in the mail this afternoon, and have sent it for processing.

  With this issue resolved, I think it likely that the settlement will be completed in the next sixty days. For that reason, I respectfully ask the Court to extend the administrative termination date sixty days, to August 5, 2022.

  I thank the Court for its consideration of the within request.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

June 6, 2022
Page 2

Sincerely yours,

MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By: s/Michael Vomacka
Michael Vomacka
Deputy Attorney General

**cc via Regular Mail:**
Darryl Davis #174
STU, South
P.O. BOX 905
Avenel, NJ 07001-0905